1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

8
9

| | |
|---|---|
| ROBERT THEODORE KINNUNE, | NO. 3:23-cv-5020 |
| Plaintiff, | NOTICE OF STATE FILED COURT DOCUMENTS |
| v. | |
| STATE OF WASHINGTON, WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, | |
| Defendant. | |

10
11
12
13
14

15      Attached to this Notice, filed herewith, are true and correct copies of the documents filed

16   in the Thurston County Superior Court Cause No. 22-2-03157-34.

17      I declare under penalty of perjury under the laws of the United States that the foregoing

18   statements are true and correct to the best of my knowledge.

19      DATED this 6th day of January 2023.

20
ROBERT W. FERGUSON
Attorney General

21

22
/s/ Brian J. Baker
BRIAN J. BAKER, WSBA No. 54491
Assistant Attorney General
PO Box 40126
Olympia WA  98504-0126
Telephone: (360) 586-6351; Fax: (360) 586-6655
E-mail: Brian.Baker@atg.wa.gov
Attorney for Defendant

23

24

25

26

NOTICE OF STATE FILED
COURT DOCUMENTS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on this 6th day of February, 2023, I caused to be electronically filed

3    the foregoing document with the Clerk of the Court using the CM/ECF system which will send

4    notification of such filing to the following:

5

6    James W. Beck
     Janelle E. Chnase Fazio

7    Eric D. Gilman
     Beck Chase Gilman PLLC

8    705 S. Ninth Street, Suite 305
     Tacoma, WA 98405

9

10
           DATED this 6th day of February 2023.

11

12                                              ROBERT W. FERGUSON
                                                Attorney General

13                                              */s/ Brian J. Baker*
                                                BRIAN J. BAKER, WSBA No. 54491

14                                              Assistant Attorney General
                                                PO Box 40126

15                                              Olympia WA  98504-0126
                                                Telephone: (360) 586-6351; Fax: (360) 586-6655

16                                              E-mail: Brian.Baker@atg.wa.gov
                                                Attorney for Defendant

17

18

19

20

21

22

23

24

25

26

NOTICE OF STATE FILED                    2          ATTORNEY GENERAL OF WASHINGTON
COURT DOCUMENTS                                              Torts Division
                                                          7141 Cleanwater Drive SW
                                                              PO Box 40126
                                                          Olympia, WA 98504-0126
                                                             (360) 586-6300