Taylor M. Hennessey
Assistant Attorney General
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-6382

THE HONORABLE MARY K. DIMKE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT THEODORE KINNUNE,<br><br>                    Plaintiff,<br><br>          vs.<br><br>STATE OF WASHINGTON, WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>                    Defendants. | NO.  2:23-cv-00026-MKD<br><br>THIRD DECLARATION OF TAYLOR M. HENNESSEY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, Taylor M. Hennessey, declare and state as follows:

1. I am over the age of 18, competent to testify and make this declaration on personal knowledge.

2. Attached as Exhibit X are true and correct excerpts of the transcript of the deposition of Robert Kinnune.

3. Attached as Exhibit Y are true and correct excerpts of the transcript of the deposition of Joey Frost.

I declare under the penalty of perjury under the laws of the United States

---

THIRD DECLARATION OF TAYLOR M. HENNESSEY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

of America that the foregoing is true and correct.

DATED this 2 day of January, 2024, in Spokane County, Washington.

ROBERT W. FERGUSON
Attorney General

s/Taylor M. Hennessey
TAYLOR M. HENNESSEY, WSBA No. 54135
Assistant Attorney General
1116 W. Riverside, Suite 100
Spokane, WA 99201-1106
509-456-3123
Taylor.Hennessey@atg.wa.gov

THIRD DECLARATION OF TAYLOR M. HENNESSEY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

**CERTIFICATE OF SERVICE**

I certify that I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> James W. Beck
> Janelle E. Chase Fazio
> Eric D. Gilman
> Beck Chase Gilman PLLC
> 705 S. Ninth Street, Suite 305
> Tacoma, WA 98405
> (253) 289-5104
> James@bcglawyers.com
> Janelle@bcglawyers.com
> Eric@bcglawyers.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 2 day of January, 2024, at Spokane, Washington.

> ROBERT W. FERGUSON
> Attorney General
>
> \_\_s/ Taylor Hennessey_____
> TAYLOR M. HENNESSEY, WSBA No. 54135
> Assistant Attorney General
> 1116 W. Riverside, Suite 100
> Spokane, WA 99201-1106
> 509-456-3123
> Taylor.Hennessey@atg.wa.gov